**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                          :
**BOAT PEOPLE S.O.S., INC.,**             :              **CIVIL ACTION**
              **Plaintiff**               :
       **v.**                             :
                                          :              **No. 16-5486**
**URBAN AFFAIRS COALITION, et al.,**      :
              **Defendants**              :
_____        :

## <u>ORDER</u>

**AND NOW,** this 25th day of January, 2018, upon consideration of **(1)** the Motion by Defendant Urban Affairs Coalition ("UAC") to Dismiss (Doc. No. 10), Plaintiff's Response (Doc. No. 15), and UAC's Reply (Doc. No. 17); and **(2)** the Motion by Defendants Lan Dinh, Duong Ly, Catherine Nguyen, and Nancy Nguyen (Doc. No. 11) and Plaintiff's Response (Doc. No. 16), it is hereby **ORDERED** that:

1.      The Motion to Dismiss of Defendant Urban Affairs Coalition ("UAC") (Doc. No. 10) is **GRANTED,** and Counts I, III, IV, V, and VI of the Amended Complaint as to Defendant UAC are **DISMISSED without prejudice**.  Plaintiff may file a motion for leave to amend the complaint as to UAC within **twenty (20) days** from the date of this Order.  Failure to do so will result in the dismissal of this claim <u>with</u> prejudice.

2.      The Motion of Defendants Nancy Nguyen, Catherine Nguyen, Lan Dinh, and Duong Ly to Dismiss Counts III, IV, and V of the Amended Complaint (Doc. No. 11) is **DENIED.**

                                          **BY THE COURT**

                                          **/s/ Mitchell S. Goldberg**
                                          _____
                                          **MITCHELL S. GOLDBERG, J.**